IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN MOZDZIERZ | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 06-3877 |
| ACCENTURE, LLP | : | |

**O R D E R**

**AND NOW**, this ___29th___ day of October, 2010, upon consideration of Defendant's Motion to Dismiss (ECF No. 27), and all papers filed in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion to Dismiss is **GRANTED**. Plaintiff's Amended Complaint is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**